OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Term should be affirmed.
 

 By section 50-a of the Civil Rights Law the Legislature in order to protect the confidentiality of personnel records of police officers established a specific procedure to be followed before a court should order their production. Although defendant’s attorney failed to follow that procedure, the People did not bring the section to the attention of the District Court Judge either on the return date of defendant’s notice of application for subpoena or when the case was called for trial. Under those circumstances, we cannot say that the District Judge was without jurisdiction to so order the subpoena or that his dismissal of the petit
 
 *721
 
 larceny and criminal trespass charges against defendant was an abuse of discretion (cf.
 
 People v Wingard,
 
 33 NY2d 192).
 

 Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Fuchsberg and Meyer concur; Judge Gabrielli taking no part.
 

 Order affirmed in a memorandum.